**Order entered February 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00148-CV

## IN RE CRAIG LA DARIUS THOMAS, Relator

**Original Proceeding from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1170706-T**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE